# EXHIBIT 2

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,036,379**

**Registered Sep. 06, 2016**

**Int. Cl.: 16, 35, 36, 37, 39, 41, 42, 43**

**Service Mark**

**Trademark**

**Principal Register**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

American Automobile Association, Inc. (CONNECTICUT CORPORATION)
1000 AAA Drive
Heathrow, FL 32746

CLASS 16: Magazines, pamphlets, booklets, and directories in the fields of travel information, traffic safety, vehicle information and repair, and driver instruction; maps, groups of strip maps and other maps, and printed booklets and pamphlets featuring touring and route information

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 35: Administration of a discount program for enabling participants to obtain discounts on goods and services through use of a discount membership card; Promoting public awareness of the need for traffic and pedestrian safety by means of sponsoring school safety patrols and conducting traffic and pedestrian safety campaigns; promoting the interests of automobile travelers by advocating legislation favorable to safe and economical motor vehicle travel, operation, and maintenance; automobile club services, namely, price comparison rating of the tourist accommodations of others

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 36: Adjusting and collecting insurance damage claims; insurance brokerage services, namely, obtaining insurance, placing insurance with underwriters; financial services, namely, issuing, paying, and collecting traveler's checks; banking services, namely, time deposits; investment advice counseling services; credit card payment processing and auto loan brokerage services; reimbursement payment processing in the field of legal services

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 37: Emergency road side repair services

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 39: Travel agency services, namely, making reservations and booking for transportation; Providing a web site and web site links to geographic information, map images, and trip routing

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 41: Providing on-line magazines in the field of travel; publication of electronic

magazines

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 42: Consumer product safety testing and consultation, namely, conducting motor vehicle tests and endurance tests, and making tests of automotive and related products

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 43: Travel agency services, namely, making reservations and booking for temporary lodging

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

The color(s) red and blue is/are claimed as a feature of the mark.

The mark consists of the letters "AAA" appear in red with a stylized blue orbit design appearing behind the letters.

OWNER OF U.S. REG. NO. 0829265, 2158654, 0703556

SER. NO. 86-894,143, FILED 02-02-2016
JAY K FLOWERS, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.