# EXHIBIT 3



157 E. New England Ave.                                      Amaris C. Gyebi
Suite 375                                               Direct:  407-644-8888
Winter Park, FL 32789                                  agyebi@firstiniplaw.com

June 29, 2022

**<u>Via U.S. Registered Mail</u>**
John J. Pitchell
Jays Auto Sales and Repair LLC
253 Coppermill Rd
Wethersfield, CT 06109

*Re:*    ***Beusse Sanks Matter No. 20046-018***
        ***Jays Auto Sales and Repair LLC's Infringement of AAA Marks***

Dear Mr. Pitchell:

We represent The American Automobile Association, Inc. ("AAA") in intellectual property litigation matters.

As you undoubtedly know, AAA offers under its famous AAA trademarks ("AAA Marks") a wide range of products and services, including automobile accident assistance services, to its more than 50 million members in the United States and Canada. AAA has been providing its members with these benefits for more than 100 years, and in that time its AAA Marks have become famous both in the United States and around the world. AAA has invested enormous resources to develop and foster the reputation, recognition, and goodwill of its member clubs' products and services.

AAA owns United States trademark registrations for its AAA Marks in connection with its products and services, including for use in connection with automobile accident–related services such as vehicle insurance programs, emergency roadside assistance, and administration of post-accident benefits and services. *See, e.g.*, U.S. Trademark Reg. Nos. 829,265, 1,327,400, 2,158,654, 2,900,596, 3,831,880, and 5,036,379, each attached for your reference. AAA has registered its AAA Marks with the United States Patent and Trademark Office for the exclusive use of itself and its member clubs.

AAA has recently learned that your company Jays Auto Sales and Repair LLC ("Jays Auto Sales") is displaying and utilizing AAA Marks in its business name and branding. Please see attached evidence of Jays Auto Sales' use of the AAA marks. It is our understanding that Jays Auto Sales is not approved by or otherwise affiliated with AAA. Therefore, you are not authorized to use the AAA Marks in any way in connection with your business. Your use of AAA Marks is bound to cause consumers to become confused and to believe, erroneously, that your business is somehow approved by, associated, or affiliated with, AAA.

*MORE THAN IP SERVICES – IP SOLUTIONS*

Mr. Pitchell
June 29, 2022
Page 2

Accordingly, AAA hereby provides notice that your use of the AAA Marks and related logos constitutes willful infringement of AAA's valuable AAA Marks, as well as false designation of origin and unfair competition and dilution in violation of Sections 32, 43(a) and 43(c) of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), and 1125(c) of state statutes and common law.

Your use of the AAA Marks must end immediately and permanently. At a minimum, you must take the following immediate actions:

1. Permanently cease use of the AAA Marks as well as any use any other name, mark, or logo confusingly similar to AAA;

2. Destroy all materials displaying the AAA Marks, and any other name, mark, or logo confusingly similar to them, including signs, advertisements, forms, internet content, and stationery;

3. Cancel all advertisements utilizing the AAA Marks, whether on the Internet or elsewhere; and

4. Provide written confirmation that you have taken these actions.

We hope that this matter can be resolved expeditiously and amicably, and we urge you to contact us to discuss any questions or concerns that you may have. We may proceed with taking legal action against Jays Auto Sales if we do not receive written confirmation that you have complied with the requests in this letter within the next ten (10) days following receipt of this letter. If we receive an acceptable **written** response, we will then forward you a settlement agreement for execution.

Sincerely,
/s/Amaris Gyebi
Amaris C. Gyebi, Esquire

TMS/ACG/aac

Enclosures

# United States Patent Office

**829,265**
Registered May 23, 1967

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 230,991, filed Oct. 22, 1965

# AAA

The American Automobile Association (Incorporated)
   (Connecticut corporation)
1712 G St. NW.
Washington, D.C.  20006

For: AUTOMOBILE ASSOCIATION SERVICES RENDERED TO MOTOR VEHICLE OWNERS, MOTORISTS, AND T R A V E L E R S GENERALLY—NAMELY, OBTAINING MOTOR VEHICLE LICENSE PLATES AND TITLE CERTIFICATES; SPONSORING SCHOOL SAFETY PATROLS; ADVOCATING LEGISLATION FAVORABLE TO SAFE AND ECONOMICAL MOTOR VEHICLE TRAVEL, OPERATION, AND MAINTENANCE; CONDUCTING MOTOR VEHICLE TESTS AND MAKING TESTS OF AUTOMOTIVE AND RELATED PRODUCTS; AND RATING T O U R I S T ACCOMMODATIONS—in CLASS 100.
First use 1903; in commerce 1903.

For: ARRANGING FOR DISCOUNT PURCHASES, COLLECTING DAMAGE CLAIMS; OFFERING REWARDS FOR INFORMATION LEADING TO ARREST AND CONVICTION OF PERSONS STEALING MEMBERS' AUTOMOBILES; AND PLACING INSURANCE WITH UNDERWRITERS, in CLASS 101.
First use 1916; in commerce 1916.

For: PROVIDING BAIL BOND, in CLASS 102.
First use 1916; in commerce 1916.

For: PROVIDING EMERGENCY ROAD SERVICE, in CLASS 103.
First use 1916; in commerce 1916.

For: DISSEMINATING TRAVEL INFORMATION AND MAKING TRAVEL ARRANGEMENTS, in CLASS 105.
First use 1902; in commerce 1902.

For: TEACHING MOTOR VEHICLE OPERATION; CONDUCTING T R A F F I C AND PEDESTRIAN SAFETY CAMPAIGNS, AND GIVING TRAFFIC SAFETY LESSONS, in CLASS 107.
First use 1924; in commerce 1924.

Owner of Reg. Nos. 547,321 and 703,556.

Int. Cls.: 36, 37 and 39

Prior U.S. Cls.: 102, 103 and 105

**Reg. No. 1,327,400**

## United States Patent and Trademark Office

Registered Mar. 26, 1985

## SERVICE MARK
### Principal Register

## AAA PLUS

American Automobile Association (Virginia corporation)
8111 Gatehouse Rd.
Falls Church, Va. 22047

For: REIMBURSEMENT OF FUNDS FOR LEGAL SERVICES, in CLASS 36 (U.S. Cl. 102).
First use Mar. 18, 1983; in commerce Mar. 18, 1983.
For: EMERGENCY ROAD SERVICES, in CLASS 37 (U.S. Cl. 103).
First use Mar. 18, 1983; in commerce Mar. 18, 1983.

For: DISSEMINATING TRAVEL INFORMATION AND MAKING TRAVEL ARRANGEMENTS FOR OTHERS, in CLASS 39 (U.S. Cl. 105).
First use Mar. 18, 1983; in commerce Mar. 18, 1983.
Owner of U.S. Reg. Nos. 547,321, 829,265 and others.

Ser. No. 480,675, filed May 16, 1984.

NANCY O. HEBERT, Examining Attorney

Int. Cls.: 36, 37 and 39

Prior U.S. Cls.: 102, 103 and 105

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,327,400
Registered Mar. 26, 1985
OG Date Feb. 19, 1991

## SERVICE MARK
## PRINCIPAL REGISTER

### AAA PLUS

AMERICAN AUTOMOBILE ASSOCIATION (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 327465063

OWNER OF U.S. REG. NOS. 547,321, 829,265 AND OTHERS.

FOR: REIMBURSEMENT OF FUNDS FOR LEGAL SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 3–18–1983; IN COMMERCE 3–18–1983.

FOR: EMERGENCY ROAD SERVICES, IN CLASS 37 (U.S. CL. 103).

FIRST USE 3–18–1983; IN COMMERCE 3–18–1983.

FOR: DISSEMINATING TRAVEL INFORMATION AND MAKING TRAVEL ARRANGEMENTS FOR OTHERS, IN CLASS 39 (U.S. CL. 105).

FIRST USE 3–18–1983; IN COMMERCE 3–18–1983.

SER. NO. 73–480,675, FILED 5–16–1984.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 19, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 16, 35, 36, 37, 39 and 42

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 102, 103, 105 and 106

**United States Patent and Trademark Office**

Reg. No. 2,158,654

Registered May 19, 1998

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 327465063

FOR: MAGAZINES, PAMPHLETS, BOOKLETS, AND DIRECTORIES IN THE FIELDS OF TRAVEL INFORMATION, TRAFFIC SAFETY, VEHICLE INFORMATION AND REPAIR, AND DRIVER INSTRUCTION; MAPS, GROUPS OF STRIP AND OTHER MAPS, AND PRINTED BOOKLETS AND PAMPHLETS FEATURING TOURING AND ROUTE INFORMATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

FOR: ARRANGING FOR DISCOUNT PURCHASES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

FOR: ADJUSTING AND COLLECTING INSURANCE DAMAGE CLAIMS; INSURANCE BROKERAGE SERVICES, NAMELY, OBTAINING INSURANCE, PLACING INSURANCE WITH UNDERWRITERS; FINANCIAL SERVICES, NAMELY, ISSUING, PAYING, AND COLLECTING TRAVELER'S CHECKS; BANKING SERVICES, NAMELY, TIME DEPOSITS; INVESTMENT ADVICE COUNSELING SERVICES; CREDIT CARD AND AUTO LOAN SERVICES; REIMBURSEMENT FOR LEGAL SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

FOR: EMERGENCY ROAD SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR TRANSPORTATION, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

2                                                2,158,654

FOR: AUTOMOBILE CLUB SERVICES, NAMELY, RATING TOURIST ACCOMMODATIONS; PROMOTING PUBLIC AWARENESS OF THE NEED FOR TRAFFIC AND PEDESTRIAN SAFETY BY MEANS OF SPONSORING SCHOOL SAFETY PATROLS AND CONDUCTING TRAFFIC AND PEDESTRIAN SAFETY CAMPAIGNS; PROMOTING THE INTERESTS OF AUTOMOBILE TRAVELERS BY ADVOCATING LEGISLATION FAVORABLE TO SAFE AND ECONOMICAL MOTOR VEHICLE TRAVEL, OPERATION, AND MAINTENANCE; CONSUMER PRODUCT SAFETY TESTING AND CONSULTATION, NAMELY, CONDUCTING MOTOR VEHICLE TESTS AND ENDURANCE TESTS, AND MAKING TESTS OF AUTOMOTIVE AND RELATED PRODUCTS; TRAVEL ARRANGING SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR LODGING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

OWNER OF U.S. REG. NOS. 547,321, 1,784,437 AND OTHERS.

SER. NO. 75–263,675, FILED 3–25–1997.

ANDREW BENZMILLER, EXAMINING ATTORNEY

Int. Cls.: 35, 36, 37, 38, 39, 42, 43, and 45

Prior U.S. Cls.: 100, 101, 102, 103, 104, 105, and 106

Reg. No. 2,900,596

## United States Patent and Trademark Office

Registered Nov. 2, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

# AAA PREMIER

AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 32746

FOR: PROVIDING REFERRALS IN CONNECTION WITH AUTO BODY REPAIR SERVICES AND HOME REPAIR SERVICES AND HOME BUILDING AND HOME REPAIR SERVICES; ADMINISTRATION OF A DISCOUNT PROGRAM FOR ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES THROUGH USE OF A DISCOUNT MEMBERSHIP CARD; PROVIDING INFORMATION ABOUT VEHICLES FOR SALE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: REIMBURSEMENT OF RENTAL CAR EXPENSES; INSURANCE UNDERWRITING IN THE FIELD OF AUTO, HOME, TRIP INTERRUPTION, VEHICLE MECHANICAL BREAKDOWN, AND VEHICLE RETURN INSURANCE; VEHICLE BROKERAGE SERVICES; PROVIDING EXTENDED VEHICLE WARRANTIES; LIFE AND TRAVEL ACCIDENT INSURANCE UNDERWRITING SERVICES; PROVIDING EXTENDED HOME WARRANTIES; PROVIDING INFORMATION ON VEHICLE PRICING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: EMERGENCY ROAD SIDE ASSISTANCE SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: TELECOMMUNICATIONS AND TELEMATICS SERVICES, NAMELY, PROVIDING WIRELESS VOICE AND DATA COMMUNICATION SERVICES FOR VEHICLE OPERATORS TO OBTAIN INFORMATION CONCERNING TRAFFIC, TRAVEL, EMERGENCY INFORMATION, POLICE ASSISTANCE, AND EMERGENCY RESCUE SERVICE, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING BOOKINGS AND RESERVATIONS FOR TRANSPORTATION; TRAVEL INFORMATION SERVICES IN THE NATURE OF ROUTE PLANNING FOR OTHERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: NOTARY PUBLIC SERVICES; VEHICLE INSPECTION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: TRAVEL AGENCY SERVICES, NAMELY MAKING BOOKINGS AND RESERVATIONS FOR LODGINGS, RESTAURANTS, AND MEALS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: CONCIERGE SERVICES FOR OTHERS COMPRISING MAKING REQUESTED PERSONAL ARRANGEMENTS AND RESERVATIONS AND PROVIDING CUSTOM ER-SPECIFIC INFORMATION TO MEET INDIVIDUAL NEEDS RENDERED TOGETHER IN A TRAVEL ADVICE ENVIRONMENT; HOME LOCKOUT SERVICES, NAMELY, LOCKSMITHING IN THE NATURE OF OPENING LOCKS FOR OTHERS; FRAUD DETECTION SERVICES IN THE FIELD OF CREDIT CARD TRANSACTIONS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

OWNER OF U.S. REG. NOS. 829,265, 849,165, AND OTHERS.

SN 78-128,780, FILED 5-15-2002.

BRETT J. GOLDEN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## AAA ACCIDENT ASSIST

**Reg. No. 3,831,880**

**Registered Aug. 10, 2010**

**Int. Cls.: 36, 37 and 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 327465063

FOR: UNDERWRITING OF AUTO INSURANCE; ADJUSTING AND COLLECTING INSUR-ANCE DAMAGE CLAIMS; PROVIDING EXTENDED WARRANTY ON WORKMANSHIP OF AUTO REPAIRS AND ADMINISTERING SAME IN THE NATURE OF SCHEDULING OF AUTO REPAIR, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

FOR: EMERGENCY ROADSIDE ASSISTANCE, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

FOR: ARRANGING FOR RENTAL VEHICLES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 703,556, 1,782,222 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ACCIDENT ASSIST", APART FROM THE MARK AS SHOWN.

SER. NO. 77-926,662, FILED 2-3-2010.

TINA MAI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,036,379**

**Registered Sep. 06, 2016**

**Int. Cl.: 16, 35, 36, 37, 39, 41, 42, 43**

**Service Mark**

**Trademark**

**Principal Register**

American Automobile Association, Inc. (CONNECTICUT CORPORATION)
1000 AAA Drive
Heathrow, FL 32746

CLASS 16: Magazines, pamphlets, booklets, and directories in the fields of travel information, traffic safety, vehicle information and repair, and driver instruction; maps, groups of strip maps and other maps, and printed booklets and pamphlets featuring touring and route information

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 35: Administration of a discount program for enabling participants to obtain discounts on goods and services through use of a discount membership card; Promoting public awareness of the need for traffic and pedestrian safety by means of sponsoring school safety patrols and conducting traffic and pedestrian safety campaigns; promoting the interests of automobile travelers by advocating legislation favorable to safe and economical motor vehicle travel, operation, and maintenance; automobile club services, namely, price comparison rating of the tourist accommodations of others

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 36: Adjusting and collecting insurance damage claims; insurance brokerage services, namely, obtaining insurance, placing insurance with underwriters; financial services, namely, issuing, paying, and collecting traveler's checks; banking services, namely, time deposits; investment advice counseling services; credit card payment processing and auto loan brokerage services; reimbursement payment processing in the field of legal services

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 37: Emergency road side repair services

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 39: Travel agency services, namely, making reservations and booking for transportation; Providing a web site and web site links to geographic information, map images, and trip routing

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 41: Providing on-line magazines in the field of travel; publication of electronic



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

magazines

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 42: Consumer product safety testing and consultation, namely, conducting motor vehicle tests and endurance tests, and making tests of automotive and related products

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 43: Travel agency services, namely, making reservations and booking for temporary lodging

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

The color(s) red and blue is/are claimed as a feature of the mark.

The mark consists of the letters "AAA" appear in red with a stylized blue orbit design appearing behind the letters.

OWNER OF U.S. REG. NO. 0829265, 2158654, 0703556

SER. NO. 86-894,143, FILED 02-02-2016
JAY K FLOWERS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

jaysautosalesandrepair.com

Advanced Patent Tr... | History | Premier Florida Cou...

333 Main St
Manchester, CT  06040 | Driving Directions

f Recommend

Jay's Auto
www.jaysautosalesandrepair.com | (860) 646-3444

**JAY'S AUTO**
SINCE 2002

333 MAIN ST
MANCHESTER, CT 06040
CALL: (860) 646-3444

AAA

HOME | SALES ▾ | SERVICE ▾ | TOWING | ABOUT US ▾ | WHAT WE DO ▾ | QUESTIONS? ▾ | REVIEWS | SPECIALS | CONNECTICUT EMISSION PROGRAM | APPOINTMENT REQUEST

NAPA AUTOCARE CENTER

AAA Approved Auto Repair

ASE CERTIFIED MASTER AUTO TECHNICIANS

10% OFF
MEMBERS
REPAIRS FOR AAA MEMBERS
RECEIVE 10% DISCOUNT
FOREIGN & DOMESTIC AUTO SERVICE
We proudly sell these pre-owned brands

OUR INVENTORY

APPLY FOR FINANCE

FIND YOUR CAR

DRIVING DIRECTIONS

**FOREIGN AND DOMESTIC AUTO SERVICE**
**333 MAIN ST, MANCHESTER, CT 06040**

Recently viewed (0)

5:45 AM
6/24/2022





**JAY'S AUTO**
SINCE 2002

HOME | SALES ▾ | SERVICE ▾ | TOWING | ABOUT US ▾ | WHAT WE DO ▾ | QUESTIONS? ▾ | REVIEWS | SPECIALS | CONNECTICUT EMISSION PROGRAM | APPOINTMENT REQUEST

financing & loan terms that will fit your budget. If you're unsure of your credit standing, have credit problems or even no credit, Jays can help! With our helpful staff will ensure you get the answers you need to make a confident choice, and our used vehicles are second to none when it comes to quality. Once you drive your new car off our lot, we'll still be here whenever you need us. Browse our inventory on our website, call or stop by and take a test drive.

When it comes to towing nobody does it better than Jay's. We are a triple A approved facility for repairs and towing. We offer superior light and medium towing, roadside assistance, jump starts, and lockouts. We own and operate a fleet of triple A approved tow trucks that can handle any type of recovery operation. Our Professional drivers are available for roadside assistance twenty-four hours a day, seven days a week. Our commitment to excellence has earned us a reputation as one of the best and safest light and medium duty towing companies in the area.

**We serve Manchester CT. And the surrounding areas including East Hartford CT, Vernon CT,Windsor CT, South Windsor CT, Glastonbury CT , Bolton CT,Waterbury CT, Norwich CT, Vernon CT, Wethersfield CT, Ellington CT, Tolland CT, Coventry CT, Hebron CT, Newington CT, New Britain CT, Windsor Locks CT, East Hampton CT, Cromwell CT, Storrs CT,Somers CT AND Springfield MA.**

## ASSOCIATIONS

 **VEHICLE TIPS** 

   

According to recent studies, 5 percent of all motor vehicle fatalities are clearly caused by automobile maintenance neglect.

### Showroom Hours

| | | |
|---|---|---|
| Monday | 08:00 AM | 05:00 PM |
| Tuesday | 08:00 AM | 05:00 PM |
| Wednesday | 08:00 AM | 05:00 PM |
| Thursday | 08:00 AM | 05:00 PM |
| Friday | 08:00 AM | 05:00 PM |
| Saturday | Closed | |
| Sunday | Closed | |

### Service Hours

| | | |
|---|---|---|
| Monday | 08.00 AM | 05.00 PM |
| Tuesday | 08.00 AM | 05.00 PM |
| Wednesday | 08.00 AM | 05.00 PM |
| Thursday | 08.00 AM | 05.00 PM |
| Friday | 08.00 AM | 05.00 PM |
| Saturday | 08.00 AM | 01.00 PM |
| Sunday | Closed | |

### Contact Us

👤 My first name*          👤 Last name*

✉ Email*          📞 Phone

✏ Message

0 0   Code*   ⏵ SUBMIT

## Driving directions



Jay's Auto Sales & Repair
333 Main St, Manchester, CT 06040
3.9 ★★★★ 211 reviews
View larger map

Directions

Recently viewed (0)

5:47 AM
6/24/2022

333 Main St
Manchester, CT 06040 | Driving Directions

Jay's Auto
www.jaysautosalesandrepair.com | (860) 646-3444

Recommend

 **JAY'S AUTO** SINCE 2002

**333 MAIN ST**
**MANCHESTER, CT 06040**
**CALL:** (860) 646-3444



HOME | SALES ▾ | SERVICE ▾ | TOWING | ABOUT US ▾ | WHAT WE DO ▾ | QUESTIONS? ▾ | REVIEWS | SPECIALS | CONNECTICUT EMISSION PROGRAM | APPOINTMENT REQUEST

## 24 Hours Towing Services at Jay's Auto

Towing at Manchester CT - AAA Certified Towing Company





HOME > SERVICES OFFERED > TOWING

When it comes to towing nobody does it better than Jay's. We are a triple A approved facility for repairs and towing. We offer superior light and medium towing, roadside assistance, jump starts, and lockouts. We own and operate a fleet of triple A approved tow trucks that can handle any type of recovery operation. Our Professional drivers are available for roadside assistance twenty-four hours a day, seven days a week. Our commitment to excellence has earned us a reputation as one of the best and safest light and medium duty towing companies in the area.

Dealing with a car that just won't start up due to weather, collision, or electrical issues? With just one call, our towing specialists will be there to take the vehicle back to our repair services. You'll appreciate our affordable towing services and our guarantee that your vehicle makes it back to our shop safely. For fast towing services, contact us at 860.646.3444

Recently viewed (0)







Advanced Patent Tr... History Premier Florida Cou...

← Jay's Auto Sales & Repair

All | Exterior | By owner | Street View & 360°





Chris Brown
MAY 2016



Image capture: Mar 2016   Images may be subject to copyright.   Terms   Privacy

5:50 AM
6/24/2022









