# EXHIBIT 4



157 E. New England Ave.  
Suite 375  
Winter Park, FL 32789

Amaris C. Gyebi  
Direct: 407-644-8888  
agyebi@firstiniplaw.com

August 30, 2022

**VIA FEDEX AND EMAIL: jaysautosales@conversent.net**

John J. Pitchell  
Jay's Auto Sales and Repair, LLC  
253 Coppermill Rd.  
Wethersfield, CT 06109

Re:     **Unauthorized Use of AAA's Marks**

Dear Mr. Pitchell:

We write regarding our June 29, 2022 letter concerning your unauthorized use of the AAA Marks, to which you have failed to respond. A copy of that letter is enclosed for your convenience along with updated screenshots showing your continued infringement.

In our previous letter, we informed you that The American Automobile Association, Inc. ("AAA") owns trademarks ("AAA Marks"), including United States trademark registrations in connection with automobile accident–related services such as vehicle insurance programs, emergency roadside assistance, and administration of post-accident benefits and services. Our letter further explained that your utilization of AAA Marks in your business name and branding is bound to harm AAA by causing consumers to become confused and to believe, erroneously, that you are somehow associated or affiliated with AAA. Such use infringes AAA's valuable AAA Marks in violation of numerous provisions of the Lanham Act, state statutes, and common law.

Accordingly, we hereby reiterate our request that you immediately discontinue use of the AAA business name and mark.

**Although we continue to prefer to resolve this matter amicably, if we do not hear from you or receive written confirmation of your compliance within ten days, AAA will take all steps necessary to protect its rights.**

MORE THAN IP SERVICES – IP SOLUTIONS

Jay's Auto Sales & Repair

August 30, 2022

Page 2

                                                Sincerely,

                                                /s/Amaris Gyebi

                                                Amaris C. Gyebi, Esquire

ACG/

Enclosures