# EXHIBIT 5

| | |
|---|---|
| **From:** | Jay Pitchell |
| **To:** | Stephanie Benso |
| **Subject:** | Re: Use of Trademarks |
| **Date:** | Wednesday, August 31, 2022 12:28:46 PM |
| **Attachments:** | image001.png |
| | 2022-08-31 Jays Auto Sales and Repair.pdf |

Please go fuck yourselves

Thank you,
Jay Pitchell

Jay's Auto
333 Main St
Manchester CT06040
www.jaysautosalesandrepair.com
Tel:860-646-3444
Fax:860-791-6333

> On Aug 31, 2022, at 12:05 PM, Stephanie Benso <sbenso@firstiniplaw.com> wrote:
>
>
> Good afternoon,
>
> Please see attached correspondence.
>
> Best regards,
>
> **Stephanie Benso**
> Litigation Paralegal
> Beusse Sanks
> 157 E. New England Ave., Suite 375
> Winter Park, FL 32789
> Firm:  407-644-8888
> www.firstiniplaw.com