# EXHIBIT 6



157 E. New England Ave.
Suite 375
Winter Park, FL 32789

Amaris C. Gyebi
Direct: 407-644-8888
agyebi@firstiniplaw.com

September 2, 2022

**VIA FEDEX AND EMAIL: jaysautosales@conversent.net**

John J. Pitchell
Jay's Auto Sales and Repair, LLC
253 Coppermill Rd.
Wethersfield, CT 06109

333 Main St.
Manchester, CT 06040

Re:      **Unauthorized Use of AAA's Marks**

Dear Mr. Pitchell:

We write regarding our June 29, 2022 and August 30, 2022 letters concerning your unauthorized use of the AAA Marks and your latest response to the same.

In our previous letter, we informed you that The American Automobile Association, Inc. ("AAA") owns trademarks ("AAA Marks"), including United States trademark registrations in connection with automobile accident–related services such as vehicle insurance programs, emergency roadside assistance, and administration of post-accident benefits and services. Our letters further explained that your utilization of AAA Marks in your business name and branding is bound to harm AAA by causing consumers to become confused and to believe, erroneously, that you are somehow associated or affiliated with AAA. Such use infringes AAA's valuable AAA Marks in violation of numerous provisions of the Lanham Act, state statutes, and common law.

While your response indicates that you are intent on continuing the infringement, we write to you in the hopes that you will choose to settle this matter amicably and forego the costs you will be responsible for should litigation ensue.

Accordingly, we hereby reiterate our request that you immediately discontinue use of the AAA business name and mark. If we do not hear from you within ten days of receipt

*MORE THAN IP SERVICES – IP SOLUTIONS*

Jay's Auto Sales & Repair
September 2,  2022
Page 2


of this letter, AAA will take all steps necessary to protect its rights. **This is your final opportunity.**




Sincerely,
/s/Amaris Gyebi
Amaris C. Gyebi, Esquire


ACG/sab