# EXHIBIT 8

